**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

HELENA AGRI-ENTERPRISES, LLC f/k/a Helena Chemical Company — PLAINTIFF

v. — NO. 3:25-cv-00085-JM

SEAN BUFORD — DEFENDANT

**ORDER**

Defendant Sean Buford has given notice that he has filed a voluntary petition for relief under Chapter 12 of the United States Code in the United States Bankruptcy Court for the Eastern District of Arkansas. Pursuant to the automatic stay of the bankruptcy proceeding, this case must be stayed until the automatic stay is lifted.

The Clerk of the Court is directed to terminate this action administratively. This action will be reopened upon the filing of notice that the automatic stay has been lifted. Such notice must be filed within thirty days after the automatic stay has been lifted.

IT IS SO ORDERED this 27th day of July 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE